

CopyCat Legal PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

T 877-HERO-CAT (877-437-6228)
E christine@copycatlegal.com

March 18, 2024

**VIA ECF**

The Honorable Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

*The request is GRANTED.  The conference will take place by video on Microsoft Teams. Counsel will receive login credentials at the email addresses on the docket. The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 | Access Code: 5583342*

*IT IS FURTHER ORDERED that Plaintiff shall both serve and email a copy of this Order (together with the login credentials for the conference) to Defendant and submit proof of such service and email by **March 26, 2024**.*

**SO ORDERED.**

Dated: March 19, 2024
        New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

*RE: Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. v. Eat Food Distributors, LLC (Case No. 1:23-cv-08036-JLR)*

Dear Judge Rochon:

  This law firm represents plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") in the above matter. On January 5, 2024, Plaintiff filed its Motion for Default Judgment. On January 29, 2024, this Honorable Court ordered the defendant Eat Food Distributors ("Defendant") to appear at a Show Cause Hearing scheduled to take place on April 3, 2024, at 10:00 a.m. in New York, NY (the "Hearing").

  Given Defendant's wholesale lack of response to this lawsuit and lackadaisical attitude toward multiple pre-suit efforts to communicate with it, it is not expected that Defendant will actually appear for the Hearing.

  Because undersigned counsel will be in Florida at the time of the Hearing and will be on the tail end of maternity leave, request is hereby respectfully made that the Hearing proceed telephonically or via Zoom to accommodate undersigned counsel's inability to travel at this time.

  Further, because the Copyright Act provides for the recovery of attorneys' fees (subject to the Court's discretion), it is in Defendant's best interest that Plaintiff's counsel attend the Hearing telephonically/remotely to minimize the amount of time incurred in this case on behalf of Plaintiff.

Accordingly, Plaintiff respectfully requests that the Court enter an Order: (a) granting this motion and (b) allowing Plaintiff's counsel to attend the April 3, 2024, hearing via Zoom, telephonically, or some other remote means. Thank you.

Respectfully submitted,

Christine Zaffarano, Esq.