UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PREPARED FOOD PHOTOS, INC.,

                     Plaintiff,

-against-

EAT FOOD DISTRIBUTORS, LLC,

                     Defendant.

Case No. 23-cv-08036 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      Having been advised that Plaintiff is now in contact with Defendant's attorney, the Court adjourns the hearing scheduled for April 3, 2024 to **April 17, 2024 at 3:00 p.m.** A conference will take place by video on Microsoft Teams using the same login credentials previously provided. By **April 15, 2024**, the parties shall submit a joint status letter advising the Court of next steps.

      Plaintiff shall serve a copy of this Order on Defendant by **April 8, 2024**.

Dated: April 1, 2024
       New York, New York

                                      SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

1