

CopyCat Legal PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

T: 877-HERO-CAT (877-437-6228)
E: dan@copycatlegal.com

April 15, 2024

**VIA ECF**

The Honorable Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

*RE: Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. v. Eat Food Distributors, LLC (Case No. 1:23-cv-08036-JLR)*

Dear Judge Rochon:

    Pursuant to the Court's April 1, 2024 Order [D.E. 27], plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") and defendant Eat Food Distributors, LLC ("Defendant") (collectively, the "Parties"), by and through their respective attorneys, hereby submit this joint status letter advising the Court of next steps.

    The parties have reached a settlement in principle. The parties are in the process of finalizing a written settlement agreement and anticipate filing a stipulation of dismissal with prejudice within the next 45 days. The parties therefore request that the Court cancel the hearing scheduled for April 17, 2024 at 3:00 pm.

                                           Respectfully submitted,

/s/ Daniel DeSouza
———————————
Daniel DeSouza, Esq.

                                                    Alexandra Becker, Esq.

                                                    *Attorney for Defendant*

/s/ Christine Zaffarano
———————————
Christine Zaffarano, Esq.

*Attorneys for Plaintiff*